# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 17, 2022

Lyle W. Cayce
Clerk

No. 21-10988
Summary Calendar

Marco A. Montemayor,

*Plaintiff—Appellant,*

*versus*

Nia Chudasama, *Officer, Neptune Ventures LLC*; Daniel Brooks, *Trustee/Independent Bank*; David R. Brooks, *CEO of Independent Bank*; John Romeo, *Real Estate Agent*; Neptune Ventures, L.L.C.; Ray Washburne; John F. Warren; W. Kenneth Paxton; Eduardo Lopez; Elizabeth Weller; Ray Lee Hunt; Charlie B. Mitchell, Jr.,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2252

Before Smith, Stewart, and Graves, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.